UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR HOLDEN, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO;<br>CITY OF VICTORVILLE; and<br>DOES 1–10,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21-CV-17 JLS (MSB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 4) |

　　　　Presently before the Court is Plaintiff Trevor Holden's Motion to Dismiss with Prejudice ("Mot.," ECF No. 4) following settlement of the matter. Good cause appearing, the Court **GRANTS** Plaintiff's Motion. The Court **DISMISSES** the above-captioned action in its entirety **WITH PREJUDICE**. As this concludes the litigation of this matter, the Clerk of the Court **SHALL CLOSE** the file.

　　　　**IT IS SO ORDERED.**

Dated: May 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge